# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ROGERS and JANET ROGERS, | Case No.: 2:18-cv-00903-APG-GWF |
| Plaintiffs | **Order for Status Report** |
| v. | |
| DIAMOND RESORTS INTERNATIONAL, INC., et al., | |
| Defendants | |

The parties are hereby order to file a status report by August 23, 2019.

DATED this 6th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE