G. MARK ALBRIGHT, ESQ.,
Nevada Bar No. 001394
JORGE L. ALVAREZ, ESQ.
Nevada Bar No. 014466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ROGERS individually, and JANET ROGERS, individually, <br><br>Plaintiffs, <br><br>v. <br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation; DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation; and DIAMOND RESORTS FINANCIAL SERVICES, INC, a Nevada corporation, <br><br>Defendants. | CASE NO.: 2:18-cv-00903-RFB-GWF <br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**COME NOW**, Plaintiffs, PAUL ROGERS and JANET ROGERS, individually (hereafter the "Plaintiffs" or the "Rogers"), by and through their undersigned counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendants, DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S.

COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation; DIAMOND RESORTS MANAGEMENT, INC., an Arizona corporation; and DIAMOND RESORTS FINANCIAL SERVICES, INC, a Nevada corporation, by and through their counsel of record, Phillip A. Silvestri, Esq. of GREENSPOON MARDER LLP, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree:

    1.    Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs against Defendants shall be dismissed with prejudice

    2.    Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

DATED this _26th_ day of November, 2019.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | GREENSPOON MARDER LLP |
|---|---|
| By____/s/ Jorge L. Alvarez, Esq._____<br>G. MARK ALBRIGHT, ESQ., (001394)<br>JORGE L. ALVAREZ, ESQ. (014466)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Phone: (702) 384-7111<br>Email: gma@albrightstoddard.com<br>jalvarez@albrightstoddard.com<br>*Attorneys for Plaintiff* | By____/s/ Phillip A. Silvestri, Esq._____<br>Phillip A. Silvestri, Esq., (11276)<br>3993 Howard Hughes Pkwy., #400<br>Las Vegas, Nevada 89169<br>Tel: 702.978.4251<br>Fax: 954.333.4256<br>phillip.silvestri@gmlaw.com<br>*Attorney for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Law Offices
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 S. RANCHO DRIVE
LAS VEGAS, NEVADA 89106

41875355v1